```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21154
   CATHERINE A GOMEZ
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-0621


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 11/12/2007 and was not confirmed.

    The case was dismissed without confirmation 01/30/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG         .00           .00           .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE         .00           .00           .00
MIDWEST TITLE LOAN       SECURED VEHIC      700.00           .00           .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED          .00           .00
DANIEL M MOULTON         DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       ---------------      ---------------
TOTALS                    .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
     Dated: 04/23/08         _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```